UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-22499-CIV-MORENO**

AL DOUGLASS WORDLY,

       Movant,

vs.

UNITED STATES OF AMERICA,

       Respondent.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND STAYING CASE**

THE MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed on **June 24, 2020**. The Magistrate Judge filed a Report and Recommendation **(D.E. 12)** on **January 29, 2021**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues presented in the Magistrate Judge's Report and Recommendation. Being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge Reid's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the case is STAYED and held in abeyance until such time that the Eleventh Circuit resolves the issue of a *Davis* claimant's burden of proof in a matter brought pursuant to 28 U.S.C. § 2255. *United States v. Davis*, 139 S. Ct. 2319 (2019). It is also

**ADJUDGED** as follows:

I. The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

II. The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

III. This order shall not prejudice the rights of the parties to this litigation.

IV. Upon resolution of the issue before the Eleventh Circuit Court of Appeals, the parties shall notify the Court and seek to reopen the case.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd of February 2021.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lisette M. Reid

Counsel of Record

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 20-22499-CIV-MORENO

AL DOUGLASS WORDLY,

        Movant,

vs.

UNITED STATES OF AMERICA,

        Respondent.

_____/

**FINAL JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 58 and 54, and in accordance with the Court's denial of Plaintiff's Motion Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed on **January 29, 2021**, final judgment is entered in favor of Respondent. It is

**ADJUDGED** that all pending motions in this case are DENIED AS MOOT in light of this Court's Order Adopting the Report and Recommendation.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of February 2021.

                                              _____
                                              FEDERICO A. MORENO
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lisette M. Reid

Counsel of Record